# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1151**
**CA 14-00591**
PRESENT: CENTRA, J.P., FAHEY, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF THE ARBITRATION BETWEEN
METLIFE INSURANCE COMPANY,
PETITIONER-APPELLANT,

AND                                                                                                ORDER

CHRISTINA COLOSIMO, RESPONDENT-RESPONDENT.

---

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (ROBERT E. SCOTT OF COUNSEL),
FOR PETITIONER-APPELLANT.

WILLIAM K. MATTAR, P.C., WILLIAMSVILLE (CHERYL M. REED OF COUNSEL),
FOR RESPONDENT-RESPONDENT.

--------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered December 18, 2013 in a proceeding pursuant to CPLR article 75. The order, among other things, granted respondent's cross motion to confirm an arbitration award.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: November 14, 2014                                        Frances E. Cafarell
                                                                                           Clerk of the Court